NUMBER
13-05-327-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

ORTHODONTIC CENTERS OF TEXAS, INC.,                  Appellant,

 

                                           v.

 

CHARLES CORWIN, D.D.S. AND 

CHARLES CORWIN,
D.D.S., P.C.,                              Appellees.

___________________________________________________________________

 

                  On
appeal from the 329th District Court

                           of
Wharton County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, ORTHODONTIC CENTERS OF TEXAS, INC.,
perfected an appeal from a judgment entered by the 329th
District Court of Wharton County, Texas, in cause number 39,714-5.  After the record
was filed, appellant filed a motion to dismiss the appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 11th day of August, 2005.